UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH G. RHODES., | ) | CASE NO.  1:08 CV 628 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v | ) | MAGISTRATE JUDGE |
| | ) | NANCY A. VECCHIARELLI |
| ASSETCARE et al., | ) | |
| | ) | |
| Defendant. | ) | ORDER |

Plaintiff Joseph G. Rhodes filed a "Memorandum in Opposition to Defendant's Affirmative Defenses and Motion to Dismiss." (Doc. 13.)  Due to a clerical error, this memorandum was improperly classified as a motion on the ECF docket.  Therefore, the clerk is directed to correct this error and reclassify Document No. 13 as a memorandum.

IT IS SO ORDERED.

*s/ Nancy A. Vecchiarelli*
NANCY A. VECCHIARELLI
U.S. MAGISTRATE JUDGE

Date: September 12, 2008